CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED (702) 539-2275 | Case No. 2:20-MJ-737-VCF<br><br>**MOTION TO UNSEAL** |

The United States of America, by Christopher Chiou, Acting United States Attorney, and his assistant Kevin D. Schiff, herby moves this Court for an Order to unseal the above captioned matter and all documents filed therein.

The search warrant and accompanying affidavit were issued on August 21, 2020, and sealed at that time to protect the integrity of an ongoing investigation. The Government seeks to unseal the above captioned matter so that documents can be provided in discovery.

DATED this 15th day of March, 2021.

Christopher Chiou
Acting United States Attorney

/s/ *Kevin Schiff*                .
Kevin D. Schiff
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED (702) 539-2275 | Case No. 2:20-mj-737-VCF<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court

orders that the above captioned matter and all documents filed therein are unsealed.

IT IS SO ORDERED:

_____

THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: _____3-16-2021_____

2